IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MICHAEL HIMEBAUGH,                )
                                  )
                Plaintiff,        )
                                  )    Civil No. 06-6041-TC
        v.                        )
                                  )    ORDER
GUY HALL, et al.,                 )
                                  )
                Defendants.       )
_____  )

    Magistrate Judge Thomas M. Coffin filed Findings and
Recommendation on March 19, 2007, in the above entitled case.
The matter is now before me pursuant to 28 U.S.C. § 636(b)(1)(B)
and Fed. R. Civ. P. 72(b).  When either party objects to any
portion of a magistrate judge's Findings and Recommendation, the
district court must make a de novo determination of that portion
of the magistrate judge's report.  See 28 U.S.C. § 636(b)(1);
McDonnell Douglas Corp. v. Commodore Business Machines, Inc.,
656 F.2d 1309, 1313 (9th Cir. 1981), cert. denied, 455 U.S. 920
(1982).

1    - ORDER

Plaintiff has timely filed objections.  I have, therefore, given de novo review of Magistrate Judge Coffin's rulings.

I find no error.  Accordingly, I ADOPT Magistrate Judge Coffin's Findings and Recommendation filed March 19, 2007, in its entirety.  Defendants' un-enumerated 12B motion to dismiss (#18) is allowed.  In addition, plaintiff's claims are denied and this action is dismissed for failure to prosecute. Plaintiff's un-enumerated 12B motion to dismiss (#20) is denied as moot.

IT IS SO ORDERED.

DATED this ___16th___ day of ___April___, 2007.

_____
UNITED STATES DISTRICT JUDGE

2    - ORDER